**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-03729

Honorable Virginia M. Kendall

**ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Yoeu Inc ("Plaintiff") and Defendants listed in Exhibit 1 ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in Exhibit 1 through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in Exhibit 1 from the Amazon seller accounts associated Defendants identified therein and remit those amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: June 25, 2026

Virginia M. Kendall
United States District Judge

# EXHIBIT 1

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | SLT-Direct | A2MGIFOJIGIZTY | $7,900 |
| 2 | QINbinlzx | AONDYTDMQAQ8 | $6,100 |
| 3 | ZhiHuiJianKangYan | A2WIUKG4JQNEFX | $4,600 |
| 4 | HeFuShangMeiZhuangShi | A3G739F46PBP1Z | $4,100 |
| 5 | ChangXinYuanGongCheng-US(Fast Delivery 7-14 Days) | A344TM0CVXJHXQ | $3,600 |
| 6 | egaozhesiquanjia | A2YB3OTUZW2ZN7 | $2,700 |
| 7 | FengJingYuan | A3ELQOTJ68V13 | $2,300 |
| 8 | namejiaoaoxd | AP7K0YMG2YRJ1 | $2,000 |
| 9 | ZXNLZX-US | A3PMWEQFB8O5MH | $1,300 |
| 10 | Hefeinahuiwangluokejiyouxiangongsi | A244HMRD9E762N | $10,400 |
| 11 | GUOXUE SHOP | A2MKRL468YXBQW | $7,500 |
| 12 | woaidayouxi059 | A1BJREXC9GHY1F | $7,200 |
| 13 | Pet Gentle Official | A3NSHQURLMT6OQ | $7,100 |
| 14 | SETIYANTO PE INC | A1404RZTII0TJJ | $4,800 |
| 15 | Vdeaszo-US | A2L8IBS1PT4HQ0 | $4,400 |
| 16 | DEARCOOL | AV6VIRUXQTQ2H | $3,700 |
| 17 | CSK8 Massager Store | A1UBPYDZHRTY4V | $2,600 |
| 18 | inJiaZhuangShi-US(Fast Delivery 7-14 Days) | A3IB0J4WAQR41U | $2,100 |