**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-03729

Honorable Virginia M. Kendall

**ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Yoeu Inc ("Plaintiff") and Defendant listed in Exhibit 1 ("Defendant") (collectively, the "Parties") reached settlement in this case and executed Settlement Agreement. Among other terms, the Parties agreed that the Defendant shall pay Plaintiff the settlement in the amount identified in Exhibit 1 through a deduction directly from the Defendant's Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amount identified in Exhibit 1 from the Amazon seller account associated Defendant identified therein and remit such amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: 7/7/2026

Virginia M. Kendall
United States District Judge

**EXHIBIT 1**

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | DongLiWenHuaChuanMei | A3R2OCSN0ZO9TX | $1,700 |